UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LINDA GURVIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:25-cv-365-AMM-NAD |
| ) | |
| KIMBERLY NEELY, Warden, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

Linda Gurvin filed an amended *pro se* petition for habeas corpus relief pursuant to 28 U.S.C. § 2241, seeking immediate placement in prerelease custody. Doc. 4. Because Ms. Gurvin then was placed in prerelease custody, *see* Docs. 19, 19-1, on February 4, 2026, the magistrate judge entered a report, recommending that Ms. Gurvin's petition be dismissed as moot. Doc. 20. The magistrate judge advised the parties of their right to file objections to the report and recommendation within fourteen days, *id*., at 4–5, but that time expired without the court receiving any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the petition should be **DISMISSED** as **MOOT**.

A final judgment will be entered.

**DONE** and **ORDERED** this 2nd day of March, 2026.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE